IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARIO OLIVER**     **PLAINTIFF**
**#160748**

v.     Case No. 4:22-cv-00224-LPR-JJV

**MATHEW COBBS, Sergeant,**
**Pulaski County Detention Center,** *et al.*     **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("PRD") from United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has expired. After a careful and *de novo* review of the PRD and the record, the Court adopts the PRD in its entirety.

Accordingly, Mr. Oliver may proceed with his excessive force and failure to protect claims against Defendants Cobbs, Sanders, Powell, and Freeman in their individual capacities only. Mr. Oliver's official capacity, decontamination, inadequate medical care, and equal protection claims are dismissed without prejudice for failing to state a claim upon which relief may be granted. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would be frivolous and not in good faith.

IT IS SO ORDERED this 27th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE