IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARIO OLIVER                                                                                                    PLAINTIFF
#160748

v.                                            4:22-cv-00224-LPR-JJV

MATHEW COBBS, Sgt.,
Pulaski County Detention Center; *et al.*                                                            DEFENDANTS

### RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Lee P. Rudofsky. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.    INTRODUCTION**

Mario Oliver ("Plaintiff") is proceeding *pro se* in this § 1983 action. In March 2022, I granted him permission to proceed *in forma pauperis,* advised him of his obligation under Local Rule 5.5 to maintain a valid address with the Clerk, and advised him I would recommend dismissal if he failed to do so. (Doc. 3.) It appears Plaintiff received that order because it has not been returned undelivered.

However, in May 2022 mail sent to the Plaintiff at the Pulaski County Detention Facility, which was his last known address, was returned undelivered. (Doc. 8.) Accordingly, on May

12, 2022, I ordered Plaintiff to provide an updated address and file a new IFP Application if he had been released from custody.  (Doc. 9.)   And, I warned him I would recommend dismissal if he failed to do so within thirty days.  (*Id.*)   The time to comply with that Order has expired, and Plaintiff has not done so.   Because the Clerk does not have a valid service address for Plaintiff, it would be futile to grant him an extension of time to comply with my instructions.   For these reasons, I recommend this case be dismissed without prejudice due to a lack of prosecution.  *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1.   The Complaint (Doc. 2) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2.   The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 21st day of June 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE