IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARIO OLIVER**     **PLAINTIFF**
**#160748**

v.     Case No. 4:22-CV-00224-LPR

**MATHEW COBBS, Sergeant,**
**Pulaski County Detention Center, et al.**     **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("RD") from United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has expired. After a careful and *de novo* review of the RD and the record, the Court adopts the RD in its entirety.

Accordingly, all of Plaintiff's claims will be dismissed without prejudice due to a lack of prosecution. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would be frivolous and not in good faith.

IT IS SO ORDERED this 27th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE