**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MARIO OLIVER**                                                                                      **PLAINTIFF**
**#160748**

**v.**                                          **Case No. 4:22-CV-00224-LPR**

**MATHEW COBBS, Sergeant,**
**Pulaski County Detention Center, et al.**                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, it is considered, ordered, and adjudged that Plaintiff's claims are dismissed without prejudice and this case is closed.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would be frivolous and not in good faith.

IT IS SO ADJUDGED this 27th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE